UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS HERNANDEZ, an individual, in his individual capacity and on behalf of others similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>PACIFIC BELL TELEPHONE COMPANY; and DOES 1-10, inclusive,<br><br>          Defendants. | Case No. 2:25-cv-10157-JLS-SSC<br><br>**JUDGMENT** |

For the reasons set forth in the Court's Order, dated February 23, 2026, in which the Court granted without leave to amend Defendant Pacific Bell Telephone Company's ("Defendant") Motion to Dismiss the Complaint filed by Plaintiff Luis Hernandez ("Plaintiff") (Doc. 28), IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Defendant, and the claims filed by Plaintiff are DISMISSED WITHOUT LEAVE TO AMEND.  Plaintiff shall take nothing in this action and Defendant shall recover its costs, as appropriate, in an amount to be determined by the Court.

DATED: February 27, 2026

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE